UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| VERSUS | CASE NO.: 3:18-cr-182-HTW-LRA |
| MICHAEL LEBLANC, SR.<br>TAWASKY VENTROY<br>MICHAEL LEBLANC, JR. and<br>JACQUE JACKSON | SECTION |

**UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL AND PRE-TRIAL DEADLINES**

Now into Court, through undersigned counsel, come defendants, who respectfully move this honorable Court for a continuance of the trial in this matter presently scheduled for December 10, 2018. This request is made on the basis of the following:

**I.**

Defendants were indicted on September 19, 2018 in a three-count Indictment charging violations of 18 U.S.C. 371 and 18 U.S.C. 666. An initial production of discovery containing 37 discs and other materials was made available on October 23, 2018. Preparing a defense against these allegations requires substantial investigation and may raise legal issues that need to be addressed in pretrial motions. In addition, defendants require additional time to further investigate their cases and review discovery to be able to engage in meaningful plea discussions.

## II.

In light of these issues, defendants respectfully request that the trial be continued at least 90 days. This continuance will allow defendants to investigate these allegations, review discovery, file any appropriate motions, or engage in plea negotiations. This is the defendants' first request for a continuance.

## III.

Title 18, United States Code, Section 3161(h)(7)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a Court=s findings that the ends of justice service by the granting of a continuance outweigh the best interest of the public and the defendants in a speedy trial shall be excluded in computing the time within which the trial must commence.

## IV.

The factors which a judge shall consider in determining whether to grant a continuance are enumerated in 18 U.S.C. 3161 (h)(7)(B)(iv). One of these factors is whether denial of a continuance would deny counsel for the Defendants a reasonable time necessary for effective preparation taking into account the exercise of due diligence. Defendants recognize that they have a right to speedy trial within specified delays. However, as discussed above, defendants require additional time to prepare for trial or engage in meaningful discussions to resolve this matter in lieu of trial.

**V.**

In view of the above considerations, the granting of this motion would be in the best interests of justice and would outweigh the interests of the public and the defendants in a speedy trial.

**VI.**

The Government, through Assistant United States Attorney Jay Golden, has been contacted and has no objection to this motion.

WHEREFORE, for the reasons stated herein, defendants, respectfully requests that the trial, and pre-trial deadlines be continued in this matter.

Respectfully submitted,

/s/ C. FRANK HOLTHAUS
C. FRANK HOLTAUS
LA Bar # 6796
8555 United Plaza Blvd., Suite 200
Baton Rouge, LA  70809
Phone: (225) 706-9273
Fax: (225) 304-4470
frank@holthauslaw.com
PRO HAC VICE
*Counsel for Michael Leblanc, Sr.*

/s/ MARTIN BRADLEY MILLS
MARTIN BRADLEY MILLS
MS Bar# 102070
MILLS LAW FIRM, LLC
282 West Government Street
Brandon, MS  39042
Phone: (601) 420-2030
Fax: (601) 510-7404
brad@themillslawfirm.net
*Counsel for Michael Leblanc, Sr.*

/s/ JOHN S. McLINDON
JOHN S. McLINDON
LA Bar # 19703
12345 Perkins Road, Bldg. 2, Suite 202
Baton Rouge, LA  70810
Phone:  (225) 408-0362
Fax: (887) 241-2631
mclindon@lawbr.net
PRO HAC VICE
*Counsel for Tawasky Ventroy*

/s/AAFRAM Y. SELLARS
SELLERS & ASSOCIATES, PLCC
MS Bar# 100261
395 Edgewood Terrace Drive
Jackson, MS  39206
Phone: (601) 352-0102
Fax: (601) 352-0106
aafram@sellerslawfirm.net


/s/ DONALD J. CAZAYOUX
DONALD J. CAZAYOUX
LA Bar #20742
JOHN LANE EWING, JR.
LA Bar #29854
Cazayoux Ewing LLC
257 Maximilian St.
Baton Rouge, LA  70802
Phone: (225) 650-7400
Fax:  (225) 650-7401
don@cazyouxewing.com
lane@cazayouxewing.com
PRO HAC VICE
*Counsel for Michael LeBlanc, Jr.*

/s/CYNTHIA H. SPEETJENS
CYNTHIA H. SPEETJENS
MS Bar # 2407
P.O. Box 2629
Madison, MS 39130-2629
Phone: (601) 707-9711
cspeetjens@ms-lawyer.net
*Counsel for Michael LeBlanc, Jr.*

/s/ BRIAN J. CAPITELLI
RALPH CAPITELLI
LA Bar #3858
BRIAN J. CAPITELLI
LA Bar # 27398
Capitelli & Wicker
1100 Poydras St., Suite 2950 New Orleans, LA 70163 Phone: (504) 582-2425
Fax: (504) 582-2422
brian@capitelliandwicker.com
PRO HAC VICE
*Counsel for Jacque Jackson*

/s/ J. MATTHEW EICHELBERGER
J. MATTHEW EICHELBERGER
MS Bar# 101060
EICHELBERGER LAW FIRM, PLLC
775 North Congress Street
Jackson, MS 39202
Phone: (601) 292-7940
Fax: (601) 510-9103
matt@ike-law.com
*Counsel for Jacque Jackson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 2nd day of November, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Jay T. Golden, Assistant United States Attorney, 1575 20th Avenue, Gulfport, MS 39501.

/s/ BRIAN J. CAPITELLI
BRIAN J. CAPITELLI