# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **versus** | : | **CRIMINAL NO. 18-cr-182-HTW-LRA** |
| | : | |
| **MICHAEL LEBLANC, JR.** | : | |

## NOTICE OF INTENT TO ENTER GUILTY PLEA

Defendant, Michael LeBlanc, Jr., through undersigned counsel, respectfully notifies this Court and United States Attorney's Office of his intent to enter a guilty plea to a charge brought against him by the government.

Respectfully submitted, this 9th day of August, 2019.

/s/ J. Lane Ewing, Jr.
J. Lane Ewing, Jr., LA Bar # 29854
Donald J. Cazayoux, Jr., LA Bar # 20742
*admitted pro hac vice*
Cazayoux Ewing, LLC
257 Maximilian St.
Baton Rouge, LA 70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
E-mail: lane@cazayouxewing.com
E-mail: don@cazayouxewing.com

/s/Cynthia H. Speetjens
Cynthia H. Speetjens, MS Bar # 2407
P.O. Box 2629
Madison, MS 39130-2629
Phone: (601) 707-9711
cspeetjens@ms-laywer.net

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **versus** | : | **CRIMINAL NO. 18-cr-182-HTW-LRA** |
| | : | |
| **MICHAEL LEBLANC, JR.** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Intent to Enter Guilty Plea* was filed electronically with the Clerk of Court using the CM/ECF system and was served upon all counsel of record via the court's electronic filing system.

Baton Rouge, Louisiana this 9th day of August, 2019.

/s/ J. Lane Ewing, Jr.
J. Lane Ewing, Jr., LA Bar # 29854
Donald J. Cazayoux, Jr., LA Bar # 20742
*admitted pro hac vice*
Cazayoux Ewing, LLC
257 Maximilian St.
Baton Rouge, LA 70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
E-mail: lane@cazayouxewing.com
E-mail: don@cazayouxewing.com