## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                   **CRIMINAL NO.: 3:18-cr-182 HTW-LRA**

**MICHAEL LEBLANC, SR.,**
**TAWASKY VENTROY,**
**MICHAEL LEBLANC, JR., and**
**JACQUE JACKSON**

### NRESPONSE TO COURT ORDER

On November 12, 2020, the Court ordered the parties to notify the Court of the status of

this case. Pursuant to that Order, the Government advises the Court that the sentencing of each

defendant is set for January 11, 2021.

Dated:   November 16, 2020

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney

By:   /s/ Darren J. LaMarca
      **DARREN J. LAMARCA**
      Assistant United States Attorney
      501 East Court Street, Suite 4.430
      Jackson, Mississippi 39201
      Telephone No.:   601.965.4480
      Facsimile No.:     601.965.4409
      Mississippi Bar No.: 1782

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, I electronically filed the foregoing with the

Clerk of the Court using the ECF system to all ECF participant(s) of this record.


Dated:    November 16, 2020


/s/ **Darren J. LaMarca**
**DARREN J. LAMARCA**
Assistant United States Attorney